[No. 29358-7-II. Division Two. March 13, 2007.]

*In the Matter of the Personal Restraint of* ARMONDO SHELBY, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 33740-1-II; 35460-8-II. Division Two. March 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES KEITH MAYFIELD, *Appellant.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated May 2, 2007. Substitute opinion filed. See 139 Wn. App. 1052.

[No. 34232-4-II. Division Two. March 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PHYRA NORNG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00181-1, Linda CJ Lee, J., entered December 2, 2005. *Affirmed* by unpublished opinion per Casey, J. Pro Tem., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 34747-4-II. Division Two. March 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE OWEN FLY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05763-8, Stephanie A. Arend, J., entered March 14, 2006. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.